UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-10249-399  Chapter 13 |
| ) | |
| **KASS LENE DAY** ) | |
| ) | |
| ) | |
| **Debtor** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated April 24, 2018, to claim 3 filed on behalf of CAVALRY SPV I.

Dated: May 01, 2018
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing document was filed electronically on May 01, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 01, 2018.

   KASS LENE DAY
   400 HARDIN STREET
   SIKESTON, MO  63801

   CAVALRY SPV I
   3936 E FORT LOWELL RD #200
   C/O BASS & ASSOCIATES PC
   TUCSON, AZ  85712


/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee